**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorney for Plaintiff*,
Nathan J. Graf

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN J. GRAF;** | Case Number: |
| Plaintiff, | 4:18-cv-2684-KAW |
| v. | *HON. MAG. JUDGE KANDIS A. WESTMORE* |
| **MANDARICH LAW GROUP, LLP and CAVALRY SPV I, LLC;** | [~~PROPOSED~~] **ORDER OF DISMISSAL** |
| Defendants | **PURSUANT TO FRCP 41(a)(2)** |

///

///

///

///

///

///

///

---

**[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(2) CASE NO: 4:18-CV-2684-KAW**

# [~~Proposed~~] Order of Dismissal

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect toall Defendants , as to all claims and causes of action, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

_____
HON. MAG. JUDGE KANDIS A. WESTMORE
United States Magistrate Judge

Dated: 7/19/18